**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1451**

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX Mortgage Loan Trust 2006-AR12, Mortgage Pass Through Certificates Series 2006-AR12,

        Plaintiff - Appellee,

    v.

MARGARET L. FEGELY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, District Judge. (3:16-cv-00147-MHL-RCY)

Submitted: September 14, 2021        Decided: September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Margaret L. Fegely, Appellant Pro Se. Walter John Buzzetta, STRADLEY RONON STEVENS & YOUNG, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret L. Fegely appeals from the district court's order granting summary judgment in favor of Appellee in its action seeking declaratory judgment and to quiet title. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Deutsche Bank Nat'l Trust Co. v. Fegely*, No. 3:16-cv-00147-MHL-RCY (E.D. Va. Mar. 31, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*